MARCH, 1842. 543

Bell *v.* Morrison.    Bartlett *v.* The New Orleans Canal and Banking Co.

## Samuel Bell *v.* James N. Morrison.

Where the certificates of the judge and clerk of the lower court, show that the record does not contain all the evidence on which the case was tried, and that part of the testimony was not taken down in writing, the appeal must be dismissed.

Appeal by the defendant from a judgment of the District Court of the First District, *Buchanan* J.

The certificates of the judge and clerk of the lower court stated, that the record contained all the testimony adduced on the trial, except the testimony of one witness, 'which was not taken down in writing.'

Garland, J.   This suit was commenced by a writ of attachment on an accepted bill of exchange.   From the certificate of the judge and clerk of the inferior court, it appears that all the evidence upon which the case was tried, is not contained in the record.   In conformity with the well settled practice of this court, the case cannot be tried on the merits, and the appeal must be dismissed with costs.

*Chinn,* for the plaintiff, prayed for a confirmation of the judgment, with damages for a frivolous appeal.

*Josephs,* for the appellant.